Thomas R. Burke (State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Selina MacLaren (State Bar No. 300001)
  selinamaclaren@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
HEARST COMMUNICATIONS, INC. and
HEARST MAGAZINE MEDIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. CHEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHARON GOURDINE, FIRST CITIZENS BANK, PUBLISHERS CLEARING HOUSE, LLC, GOOD HOUSEKEEPING MAGAZINE, HEARST COMMUNICATIONS, DOES 1-100,<br><br>　　　　　　Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO 28 U.S.C. SECTION 1332(a)(1)**<br><br>Action Filed:　　June 18, 2021<br>Action Removed:　July 27, 2021<br><br>Removed from the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV22828 |

1

NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -

# NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1332(a)(1), 1441, and 1446, Defendants Hearst Communications, Inc. (erroneously sued as "Hearst Communications," a nonexistent entity) and Hearst Magazine Media, Inc. (publisher of *Good Housekeeping* magazine, erroneously sued as "Good Housekeeping Magazine," a nonexistent entity) (collectively, the "Hearst Defendants") hereby remove the above-captioned action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Southern District of California.

1. On June 18, 2021, plaintiff George S. Chey ("Plaintiff") commenced this action in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV22828 ("State Court Action").

2. As more fully set forth below, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and this action is removable pursuant to 28 U.S.C. § 1441, because it is a civil action between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. On June 28, 2021, a copy of the Summons and Complaint in this action addressed to "Hearst Communications" (a nonexistent entity) was delivered to CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108.  Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiff's Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

4. In this case, diversity of citizenship exists between Plaintiff and Defendants:

    a. According to the Complaint (Paragraph 1), Plaintiff is a resident of California.

2

NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -

      b.    Pursuant to 28 U.S.C. § 1332(c)(1), a corporation shall be deemed to be a citizen of any state where it has been incorporated and of the state where it has its principal place of business.  The Hearst Defendants are each corporations incorporated in Delaware, and the principal place of business of each is in New York.

      c.    According to Paragraph 22 of the Complaint and the Proof of Personal Service filed by Plaintiff in the State Court Action (a copy of which is attached hereto as **Exhibit B**), defendant Sharon Gourdine is a resident of South Carolina.

      d.    According to its filings with the California Secretary of State (copies of which are attached hereto as **Exhibit C**), defendant First Citizens Bank & Trust Company (which appears to have been erroneously sued in this action as "First Citizens Bank") is a corporation incorporated in North Carolina with its principal place of business in North Carolina.

      e.    According to its filings with the California Secretary of State (a copy of which is attached hereto as **Exhibit D**), defendant Publishers Clearing House, LLC ("PCH") is a New York limited liability company with its members and principal place of business located in New York.

5.    The matter in controversy in Plaintiff's Complaint exceeds the sum or value of $75,000, exclusive of interest and costs.  Although Plaintiff does not specify the amount he seeks in the Complaint, Plaintiff alleges sixteen causes of action:  (1) Fraud and Deceit, (2) "Wrongful Conversion / Mail Fraud" (3) Negligent Infliction of Emotional Distress, (4) Intentional Infliction of Emotional Distress, (5) Intentional Misrepresentation, (6) Negligent Misrepresentation, (7) Breach of Implied Covenant of Good Faith and Fair Dealing, (8) Promissory

3

NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -

Fraud, (9) Breach of Implied Contract, (10) Civil Conspiracy, (11) Unfair Competition, (12) "Declaratory Relief," (13) Unjust Enrichment, (14) "Preliminary and Permanent Injunction," (15) "Violation of the RICO Statute," and (16) "Writ of Attachment." In the Complaint, Plaintiff seeks compensatory damages "in far excess of the [$25,000] jurisdictional minimum" and "punitive and exemplary damages" (Complaint ¶ 58 & "Damages" Section at page 37). Further, in an email dated July 22, 2021, Plaintiff's counsel informed in-house counsel for the Hearst Defendants that Plaintiff is seeking $10 million against the Hearst Defendants in this action.

6. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been filed within 30 days after the Hearst Defendants received a copy of Plaintiff's Summons and Complaint from CT Corporation System.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and the other named defendants in this action and a copy is being filed with the Clerk of the Superior Court of the State of California, County of Los Angeles.

8. In sum, this case should be removed to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1332 and 1441, because: (1) Plaintiff is a citizen of California; (2) the Hearst Defendants and other named defendants in this action are not citizens of California; and (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

///
///
///
///
///
///
///

4

NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -

1     WHEREFORE, the Hearst Defendant respectfully remove this action to the United States District Court for the Central District of California for further proceedings pursuant to this Notice.

Dated:  July 27, 2021      Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Selina MacLaren*
    Thomas R. Burke
    Selina MacLaren

*Attorneys for Defendants Hearst Communications, Inc. and Hearst Magazine Media, Inc.*

Of Counsel:

Eva M. Saketkoo
Office of General Counsel
Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10019

5   NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -

# CERTIFICATE OF SERVICE

I certify that on July 27, 2021 I caused paper copies of this document to be mailed to Plaintiff's counsel at the following address and a courtesy copy to be emailed to counsel at lawfirmofconsumerjustice@activist.com:

Timothy A. Chey, Esq.
1055 West 7th Street, 33rd Floor
Los Angeles, CA 90017

I further certify that on July 27, 2021 I caused paper copies of this document to be mailed to the defendants in this action at the addresses noted in the proof of service forms for each of these defendants filed by Plaintiff's counsel in the state court action from which this action was removed:

Sharon Gourdine
6 Christine Court
Greenville, SC 29605

First Citizens Bank
c/o CT Corporation System
160 Mine Lake Court, Ste 200
Raleigh, NC 27615

Publishers Clearing House LLC
c/o Registered Agent
67 Burnside Avenue
East Hartford, CT 06108

/s/ Ellen Duncan
Ellen Duncan

6

NOTICE OF REMOVAL OF DEFENDANTS HEARST COMMUNICATIONS, INC. AND HEARST MAGAZINE MEDIA, INC. PURSUANT TO U.S.C. SECTION 1332(a)(1)

4850-4543-4355v.1 -