# EXHIBIT B

**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>T.A. Chey<br>Attorney at Law<br>1055 West 7th Street<br>Downtown LA, CA 90017<br>TELEPHONE NO.: 4243880058   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* lawfirmofconsumerjustice@activist.com<br>ATTORNEY FOR *(Name):* George Chey | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill St
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90017
BRANCH NAME: Stanley Mosk Courthouse

PETITIONER/PLAINTIFF: George Chey

RESPONDENT/DEFENDANT: Sharon Gourdine

**PROOF OF PERSONAL SERVICE—CIVIL**

CASE NUMBER: 21STCV22828

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify):*
   Complaint
   Summons
   Notice of Assignment

   [✔] The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Sharon Gourdine
   b. Address: 6 Christine Court, Greenville, SC 29605
   c. Date: June 28, 2021
   d. Time: 5:00 p.m.

   [ ] The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. [✔] not a registered California process server.
   b. [ ] a registered California process server.
   c. [ ] an employee or independent contractor of a registered California process server.
   d. [ ] exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   Travis Watson
   25 Woods Lake Road - Suite 216
   Greenville, SC 29607
   (864) 242-0712

6. [✔] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ] I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: June 29, 2021

Travis Watson                                                            ▶ *[signature: Travis Watson]*
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)    (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com