# EXHIBIT D

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

LLC-12

19-E63272

**FILED**

In the office of the Secretary of State
of the State of California

DEC 13, 2019

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
PUBLISHERS CLEARING HOUSE LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201620010005 | NEW YORK |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>300 JERICHO QUADRANGLE, #300 | JERICHO | NY | 11753 |
| b. Mailing Address of LLC, **if different than item 4a**<br>300 JERICHO QUADRANGLE, #300 | JERICHO | NY | 11753 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| MICHAEL | | COOPER | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 300 JERICHO QUADRANGLE #300 | JERICHO | NY | 11753 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
NATIONAL REGISTERED AGENTS, INC. (C1941323)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
DIRECT MAIL MARKETING

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 12/13/2019 | Christopher Cheung | Authorized Signatory | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)         Page 1 of 1         2017 California Secretary of State
www.sos.ca.gov/business/be

| | | |
|---|---|---|
| ![seal] | **Secretary of State**<br>Statement of No Change<br>(Limited Liability Company) | **LLC-12NC** |

20-C17450

# FILED

In the office of the Secretary of State of the State of California

MAY 27, 2020

**IMPORTANT** — **Read instructions** before completing this form.  This form may be used only if a complete Statement of Information has been filed previously and there has been no change.

**Filing Fee** – **$20.00**

**Copy Fee** – $1.00;
  Certification Fee - $5.00 plus copy fee

*This Space For Office Use Only*

1. **Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State.  Note: If you registered in California using an alternate name, see instructions.)

   PUBLISHERS CLEARING HOUSE LLC

2. **12-Digit Secretary of State File Number**

   201620010005

3. **State, Foreign Country or Place of Organization** (only if formed outside of California)

   NEW YORK

4. **No Change Statement** (Do not alter the No Change Statement.  If there has been any change, please complete a Statement of Information (Form LLC-12).)

   *There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

5. The information contained herein is true and correct.

| 05/27/2020 | JUDY CULVER | AUTHORIZED SIGNATORY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)**  (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address.  This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip: