1  Thomas R. Burke (State Bar No. 141930)
      thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5
   Selina MacLaren (State Bar No. 300001)
6      selinamaclaren@dwt.com
   DAVIS WRIGHT TREMAINE LLP
7  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
8  Telephone: (213) 633-6800
   Fax: (213) 633-6899
9
10 Attorneys for Defendants
   HEARST COMMUNICATIONS, INC. and
11 HEARST MAGAZINE MEDIA, INC.
12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| GEORGE S. CHEY,<br><br>                    Plaintiff,<br><br>      v.<br><br>SHARON GOURDINE, FIRST CITIZENS BANK, PUBLISHERS CLEARING HOUSE, LLC, GOOD HOUSEKEEPING MAGAZINE, HEARST COMMUNICATIONS, DOES 1-100,<br><br>                    Defendants. | Case No. CV 21-6061-GW-MRWx<br><br>**ORDER GRANTING HEARST DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>Date:   August 3, 2021<br>Time:   n/a<br>Judge:  Hon. George H. Wu<br><br>Action Filed:           June 18, 2021<br>Action Removed:         July 27, 2021<br>Current response date:  Aug. 3, 2021<br>New response date:      Sept. 2, 2021 |

1

[PROPOSED] ORDER GRANTING HEARST DEFENDANTS'
*EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT

## ORDER

The Court, having considered the *Ex Parte* Application to Extend Time to Respond to Complaint of Defendants Hearst Communications, Inc. (sued as "Hearst Communications") and Hearst Magazine Media, Inc. (sued as "Good Housekeeping Magazine") (collectively, the "Hearst Defendants"), and finding good cause, HEREBY ORDERS that the time for the Hearst Defendants to answer or otherwise respond to Plaintiff George Chey's Complaint in the above-referenced matter is extended to and including September 2, 2021.

IT IS SO ORDERED.

Dated: August 5, 2021

_____
HON. GEORGE H. WU,
United States District Judge

2

[PROPOSED] ORDER GRANTING HEARST DEFENDANTS'
*EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT

# CERTIFICATE OF SERVICE

I certify that the foregoing document has been served on Plaintiff's counsel via the Court's electronic filing system on August 3, 2021.

I further certify that on August 3, 2021 I caused paper copies of this document to be mailed to the defendants in this action at the addresses noted in the proof of service forms for each of these defendants filed by Plaintiff's counsel in the state court action from which this action was removed:

>Sharon Gourdine
>6 Christine Court
>Greenville, SC 29605
>
>First Citizens Bank
>c/o CT Corporation System
>160 Mine Lake Court, Ste 200
>Raleigh, NC 27615
>
>Publishers Clearing House LLC
>c/o Registered Agent
>67 Burnside Avenue
>East Hartford, CT 06108

*/s/ Ellen Duncan*
Ellen Duncan

3

[PROPOSED] ORDER GRANTING HEARST DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT